SARAH BALAGUR v. MURRAY HUSID and Others.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Motion for a stay granted upon defendants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ISABELLE SAMUELS v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

RUSSELL E. HAMLIN and Others v. G. E. BARRETT & COMPANY, INC., and Another.— Motion granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

UNITED STATES CASUALTY COMPANY v. LORDI CONSTRUCTION COMPANY, INC.— Motion denied, with ten dollars costs, and stay vacated   Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., OF ZURICH, SWITZERLAND, v. "WILLIAM" E. COHEN and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM BEACH LAWRENCE v. LEE GWYNN LAWRENCE, Individually and as Sole Surviving Trustee, etc. ROBERT J. MENZIE and Another, as Administrators, etc., of FRANK J. MENZIE, Deceased. MABEL GWYNN LAWRENCE and Others.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

VAN VLIET & PLACE, INC., v. MARTHA A. GAINES.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of EDWARD WIDDER for Admission to the Bar.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LOUIS WEISS and Another v. WILLIAM TUCKER and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Petition of RAY DONA KUBA to Compel HYMAN M. EPSTEIN, an Attorney, to Turn over Various Stocks, Bonds, Papers, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JACOB BLUSTEIN and Others v. MERRILL & ELDREDGE.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE ASSOCIATION OF DRESS MANUFACTURERS, INC., v. LOUIS HYMAN, Individually and as General Manager of the Joint Board of Cloak, Skirt, Dress and Reefer Makers' Unions of Greater New York, and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE ASSOCIATION OF DRESS MANUFACTURERS, INC., v. LOUIS HYMAN, Individually and as General Manager of the Joint Board of the Cloak, Skirt, Dress and Reefer Makers' Unions of Greater New York, and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JEANNETTE T. ALDRICH v. SHERWOOD ALDRICH.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ